**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE BAIR HUGGER FORCED AIR
WARMING PRODUCTS
LIABILITY LITIGATION

MDL No. 15-md-2666 (JNE/DTS)

This Document Relates to:
16-cv-547 (Pack)
17-cv-2728 (Tillman)
17-cv-4078 (Harris)

**REPORT & RECOMMENDATION**

---

Defendants requested an order in seven cases—cases in which Plaintiffs' counsel had withdrawn—to confirm the plaintiffs' willingness and capacity to continue litigation. Dkt. No. 19. The Court granted the motion, directing the seven plaintiffs to either "(1) file a notice of appearance for substitute counsel; or (2) file a letter stating that the plaintiff intends to proceed *pro se* (i.e., prosecute their Bair Hugger case without a lawyer)," on or before April 27, 2026. Dkt. No. 20 at 1. The Court warned that failure to comply with the February 26, 2026 Order would result in dismissal and then directed Defendants to mail a copy of that order to each plaintiff's last known address through certified mail with return receipt requested. *Id.* at 2. Defendants subsequently filed a declaration confirming each of the three above-captioned Plaintiffs received the Court's order. Hulse Decl. ¶¶ 6–7, Dkt. No. 21. Plaintiffs failed to retain counsel or otherwise respond to the Court's order. Without any indication that Plaintiffs desire to prosecute their cases, the Court recommends dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

For the reasons set forth above, the Court RECOMMENDS THAT: the following three cases be dismissed without prejudice: 16-cv-547 (Pack); 17-cv-2728 (Tillman); and 17-cv-4078 (Harris).

Dated: June 2, 2026

s/ David T. Schultz_____
DAVID T. SCHULTZ
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court. It is not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in LR 72.2(c).