UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS)<br><br>ORDER |

This Document Relates to:
Case No. 16-cv-547 (*Holly Pack v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 17-cv-2728 (*Kendall Tillman, Sr. v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 17-cv-4078 (*Teresa Harris v. 3M Company and Arizant Healthcare, Inc.*)

In a Report and Recommendation dated June 2, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that the cases listed above be dismissed without prejudice for failure to prosecute. No objection has been filed. Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 23 in Case No. 16-cv-547; Docket No. 17 in Case No. 17-cv-2728; Docket No. 18 in Case No. 17-cv-4078]. Therefore, IT IS ORDERED THAT:

1. Case No. 16-cv-547 is DISMISSED WITHOUT PREJUDICE.

2. Case No. 17-cv-2728 is DISMISSED WITHOUT PREJUDICE.

3. Case No. 17-cv-4078 is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 26, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge